# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-4199
Lower Tribunal No. 21-CA-001268

_____

THE ESTATE OF JUDITH HODKINSON, by and through STEPHEN HODKINSON, Personal Representative,

Appellant,

v.

FM RNC, LLC, HOLLYWOOD HILLS HOLDINGS, LLC, PREMIER HEALTHCARE MANAGEMENT, LLC, JONATHAN BLEIER, and TOBIAS BREDER (as to FORT MYERS REHABILITATION AND NURSING CENTER),

Appellees.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County.
Michael T. McHugh, Judge.

July 26, 2024

PER CURIAM.

Concluding that there was competent substantial evidence before the trial court that the decedent, Judith Hodkinson, was competent when she executed the admission agreement at issue, we affirm the order granting Appellees' motions to abate and compel arbitration.

Appellant also asks that we remand for the trial court to clarify its order to specify the provision or provisions of the arbitration agreement that it severed pursuant to the agreement's severability clause. Appellees have indicated that they do not object to a remand for this clarification.

AFFIRMED; REMANDED with directions for the trial court to clarify its order to set forth what, if any, provisions in the arbitration agreement it intended to sever.

NARDELLA and BROWNLEE, JJ., and LAMBERT, B.D., Associate Judge, concur.

Lisa M. Tanaka, of Wilkes & Associates, P.A., Tampa, for Appellant.

Kathryn Dunnam Harden, James J. Maskowitz, and Luke A. Kiel, of Hall Booth Smith, P.C., Tampa, for Appellees.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED